

**Department of Homeland Security**
**Bureau Of Citizenship & Immigration Service**
**10 West Jackson Boulevard**

**DAJ**

CHGD APR 23 2003    04/02/03    03/28/03

Hasan Khriesat
7321 W. 87th St.
Bridgeview, IL. 60455

E: 95926947

**0002**
KHRIESAT HASAN
DOB 12-28-
I-485 W-0 SUPP    235.00
F-258    50.00
T-7    120.00
I-    130.00
        555.00
        555.00
CHECK    135.00
CHECK    420.00

4 ITEMS

3815 001 002 13:35
THANK YOU

Dear Applicant,
We have received your application for lawful permanent residence in the United State receipt date is 03/28/03. We currently have approximately 26 months from receipt date to inte
You will receive a notice for your fingerprints, and subsequently a letter for interview approximately two months prior to your appointment date. The appointment letter will advise needed at the time of interview.

**FURTHER:**
A) If you applied as a family, all members of the family must be present at the interview.
B) If you are a diversity lottery winner, and do not receive an appointment for prints and interv month after receipt of this letter, contact the office immediately, make a copy of this letter, and you are a DV case and have not received your appointment for interview. Your adjustment m completed before September 30th of the filing year.
C) If you are filing as a child, under 21 years of age, and will reach your 21st birthday before th backlog period is reached, please notify this office IMMEDIATELY, in order that the applicatio processed timely.

If you have filed for a work authorization card, you will receive an appointment letter for the ini within 90 days. If you choose to file for employment authorization at a later date, you must su Form I-765. Request for work authorization by mail. Employment Authorization will not be iss walk-in basis. Please send the completed I-765 with proper fee to the following address:

U.S. Immigration and Naturalization Service
P.O. Box A3462, Chicago, Illinois 60690-3462
Attn: EAD

Since you have an application for adjustment pending and need to travel outside of the United States, you must file form I-131. Permission to travel is not an automatic grant. If at the time you file the application for residency, you were out of status or illegally in the United States for 6 months or longer, advance parole WILL NOT BE GRANTED. If the application is filed and you are denied, the filing fee is not refundable.

If you do not fall into either category B or C, please do not inquire about the status of your application prior to the backlog period mentioned. It will only further delay the processing time. Any ADDRESS CHANGES should be mailed with a copy of this letter to U.S. INS, P.O. Box A3462, Chicago, Illinois 60690-3462.

Sincerely,

Donald J. Monica
Interim District Director
Department of Homeland Security
Bureau of Citizenship & Immigration Services