# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED FEBRUARY 27, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 1214**

**(a) PLAINTIFFS**
HASAN KAMAL KHRIESAT and CELIA G. KHRIESAT

**DEFENDANTS**
DR. EMILIO T. GONZALEZ, District Director of the United States Citizenship and Immigration Services; The United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, United...

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey Grant Brown, Converse & Brown, LLC, 105 W. Adams Street, Suite 3000, Chicago, IL 60603; tel: 312-789-9700

Attorneys (If Known)
U.S. Attorney's Office, 219 South Dearborn Street, 5th Floor, Chicago, IL 60603

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 890 Other Statutory Actions

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
28 U.S.C. 1361, Mandamus

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ No

**IX. This case** ☒ is not a refiling of a previously dismissed action.

**DATE** February 28, 2008    **SIGNATURE OF ATTORNEY OF RECORD** /s/ Jeffrey Grant Brown

**JUDGE SHADUR**
**MAGISTRATE JUDGE NOLAN**