FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

HASAN KAMAL KHRIESAT and CELIA G. KHRIESAT
v.
DR. EMILIO T. GONZALEZ, District Director of the United States Citizenship and Immigration Services, et al.

Case Number: **08 C 1214**

JUDGE SHADUR
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HASAN KAMAL KHRIESAT and CELIA G. KHRIESAT, Plaintiffs

| | |
|---|---|
| NAME (Type or print) | Jeffrey Grant Brown |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jeffrey Grant Brown |
| FIRM | Converse & Brown, LLC |
| STREET ADDRESS | 105 West Adams Street, Suite 3000 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6194262 |
| TELEPHONE NUMBER | 312-789-9700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐