**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Hasan Kamal Khriesat, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−01214
                                        Honorable Milton I. Shadur

Emilio T. Gonzalez, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

    MINUTE entry before Judge Milton I. Shadur :Mandamus petitioners have accompanied their petition with an inadequate filing fee payment (the fee payable in such cases is $350). Accordingly, unless the correct fee is paid on or before March 17, 2008 the Petition and this action will be dismissed without prejudice.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.