IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HASAN KAMAL KHRIESAT, and<br>CELIA G. KHRIESAT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | 08 C 1214 |
| DR. EMILIO T. GONZALEZ, District<br>Director of The United States Citizenship and<br>Immigration Services; The United States<br>Citizenship and Immigration Services;<br>MICHAEL CHERTOFF Secretary, United States<br>Department of Homeland Security; and The<br>United States Department Of Homeland Security, | )<br>)<br>)<br>)<br>)<br>)<br>) | Judge Shadur<br>Magistrate Judge Nolan |
| Defendants. | )<br>) | |

**VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiffs, Hasan Kamal Khriesat and Celia G. Khriesat, through their attorney, hereby give notice of the dismissal of this cause, pursuant to Fed. R. Civ P. 41(a)(1)(A)(i).

Dated: May 21, 2008

                                                        Respectfully submitted,

                                                        /s/ Jeffrey Grant Brown
                                                        Jeffrey Grant Brown
                                                        Attorney for Petitioners
                                                        Hasan Kamal Khriesat and
                                                        Celia G. Khriesat

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, Illinois  60603
(312) 789-9700
#6194262