IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HASAN KAMAL KHRIESAT and<br>CELIA G. KHRIESAT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | 08 C 1214 |
| DR. EMILIO T. GONZALEZ, District<br>Director of The United States Citizenship and<br>Immigration Services; The United States<br>Citizenship and Immigration Services;<br>MICHAEL CHERTOFF Secretary, United States<br>Department of Homeland Security; and The<br>United States Department Of Homeland Security, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Shadur<br>Magistrate Judge Nolan |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   U.S. Attorney's Office
      219 South Dearborn Street
      Chicago, Illinois 60604

     PLEASE TAKE NOTICE that on May 21, 2008, I electronically filed Petitioners' Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the above listed Filing Users.

     I certify that on May 21, 2008, I electronically filed the foregoing Notice and Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed Filing Users.

                                                 Respectfully Submitted,

                                                 /s/ Jeffrey Grant Brown
                                                 Jeffrey Grant Brown

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, IL 60603
312-789-9700
# 6194262